◼ ARND PRALLE, Appellant, v CHRISTOPHER S. PETRIE, Respondent. [913 NYS2d 605]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered December 29, 2009 in a personal injury action. The order granted defendant's motion to dismiss the complaint.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on September 24, 2010,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Martoche, J.P., Centra, Fahey, Lindley and Sconiers, JJ.

◼ In the Matter of MICHAEL A. MOON et al., Appellants, v VILLAGE OF BROCTON ZONING BOARD OF APPEALS et al., Respondents. [913 NYS2d 606]—Appeal from a judgment of the Supreme Court, Chautauqua County (James H. Dillon, J.), entered January 5, 2010 in a proceeding pursuant to CPLR article 78. The judgment, among other things, denied plaintiffs' motion to set aside the use variance granted to defendant John A. Simone by defendant Village of Brocton Zoning Board of Appeals.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Centra, Fahey, Lindley and Sconiers, JJ.

◼ C. BRUCE LAWRENCE, ESQ., Trustee in Bankruptcy for ROGER JACKSON, Respondent-Appellant, v GUARDSMARK, LLC, Appellant-Respondent. [913 NYS2d 118]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered January 6, 2010 in a personal injury action. The order denied the motion of defendant to dismiss the complaint as untimely.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Centra, Fahey, Lindley and Sconiers, JJ.